**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 05-6502**

————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MAURICE GREGORY,

Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert E. Payne, District Judge. (CR-92-163-N)

————————

Submitted:  June 23, 2005          Decided:  July 1, 2005

————————

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Maurice Gregory, Appellant Pro Se.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice Gregory appeals the district court's order denying his motion to compel the Government to file a Rule 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Gregory</u>, No. CR-92-163-N (E.D. Va. Mar. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>